UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO, RAFAEL RODRIGUEZ, and ELLI MIZRAHI, <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> Defendant. | Case No. 1:07-cv-00384 (PLF) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as Counsel in this case for Defendant

>Air Line Pilots Association, Int'l
>535 Herndon Parkway
>Herndon, VA 20170

I certify that I am admitted to practice in this court.

Dated: February 27, 2007

Respectfully submitted,

*Granville C. Warner*
Granville Clayton Warner (DC Bar # 398346)
AIR LINE PILOTS ASSOCIATION, INT'L
LEGAL DEPARTMENT
535 Herndon Parkway
Herndon, VA 20170
Telephone: (703) 689-4393
Facsimile: (703) 481-2478
Email: Clay.Warner@alpa.org

## Certificate of Service

A copy of the **ENTRY OF APPEARANCE** was mailed this 27th day of February, 2007, postage prepaid, to the following:

Andrew H. Marks
Aryeh S. Portnoy
William Flanagan
Daniel G. Kim
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004

Michael S. Olin
Tucker Ronzetti
KOZYAK, TROPIN & THROCKMORTON, PA
2525 Ponce de Leon, 9th Floor
Miami, FL  33134

Jeffrey W. Pagano
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY  10022

_____
Aggie Toone