UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO<br>9767 S W 106 Terrace<br>Miami, FL 33176<br><br>RAFAEL RODRIGUEZ<br>7501 Cordoba Circle<br>Naples, FL 34109<br><br>ELLI MIZRAHI<br>14001 Mills Ave<br>Silver Spring, MD 20904<br><br>           Plaintiffs,<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL<br>1625 Massachusetts Ave, N.W.<br>Washington, DC 20036<br><br>           Defendant. | Civil Action No. 07-CV-00384 |

## EMERGENCY MOTION TO SET HEARING DATE FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY SCHEDULE AND MEMORANDUM IN SUPPORT

Plaintiffs, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 65.1(d), respectfully request that the Court (a) set a hearing on March 9, 2007, on their application for preliminary injunction, and (b) set a schedule for expedited discovery and the completion of briefing.[1]

---

[1] Pursuant to Local Rule 7(m), Counsel for Plaintiffs communicated with Defendant's counsel to determine Defendant's position regarding Plaintiffs' request for a hearing and expedited discovery. At the time of this filing, Defendant has yet to advise Plaintiffs of its

## I. BACKGROUND

This is a class action claiming violations of ERISA and breach of fiduciary duty brought by senior United pilots whose pension funds will be diverted wrongfully by Defendant, Air Line Pilots Association, International ("ALPA"), to junior United pilots unless the Court enjoins the imminent distribution of these funds. The Plaintiffs have filed a Motion for Preliminary Injunction (the "Motion"), requesting that the Court enjoin the distribution of $186 million in funds that ALPA has indicated that it intends to distribute by "the second week of March [2007]." *See* Exhibit A attached. Once this distribution takes place, the last of the pension funds at issue will be dissipated.

## II. ARGUMENT

Because the distribution of the pension funds at issue in this case is imminent, the Plaintiffs request an expedited hearing of their Motion for Preliminary Injunction. Under Local Rule 65.1(d), "[o]n request of the moving party together with a statement of facts which make expedition essential, a hearing on an application for preliminary injunction shall be set by the court no later than 20 days after its filing, unless the court earlier decides the motion on the papers or makes a finding that a later hearing date will not prejudice the parties."

As the Plaintiffs establish in their Motion, if the funds are distributed before the Court has an opportunity to rule on the serious ERISA and common law fiduciary duty claims raised by the Plaintiffs, the Plaintiffs and the class they represent will suffer irreparable harm.

---

position, or if it consents to the relief sought herein. Plaintiffs will advise the Court immediately if any resolution between the parties is reached in this regard.

Accordingly, an expedited hearing is necessary to rule upon the Motion before "the second week of March," the time when ALPA has indicated it intends to distribute the funds.[2]

The Plaintiffs also request expedited discovery in conjunction with the expedited hearing date. As demonstrated by Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction ("Memorandum"), the "GAP 2 Plan" allocation approach adopted by ALPA for the distribution of the pension funds is, on its face, unreasonable and contrary to the terms of the Plan that was established to compensate the United pilots for a portion of the vested benefits they lost as a result of the United bankruptcy (the "Pilots Program"). Plaintiffs anticipate, however, that ALPA will attempt to come forward with some evidence indicating a rationale for the distribution scheme it has adopted.

At this time, without the benefit of discovery, the facts concerning Defendant's actual rationale for its distribution scheme are unavailable to Plaintiffs. For example, although the Plaintiffs have obtained certain meeting minutes of the United Master Executive Council ("MEC"), which developed the "GAP 2" distribution scheme that ALPA adopted, those minutes indicate that the MEC went "off the record" during the material deliberations or otherwise fail to include any discussion or information sufficient to explain the basis for ALPA's decision to allocate the pension funds in a manner inconsistent with the Pilots Program. *See* Memorandum at 7, n.5 and Exhibit 6. Accordingly, the Plaintiffs will need to take limited and focused

---

[2]  While the phrase "second week of March" is ambiguous, Plaintiffs assume this means that ALPA intends to distribute the pension funds sometime during the week of March 12. It is for this reason that Plaintiffs request a hearing on March 9, *i.e.*, the last business day prior to the anticipated distribution of the funds. Plaintiffs are in the process of contacting ALPA to determine whether ALPA will agree to defer the distribution of the pension funds to a date later than the second week of March. Plaintiffs will promptly advise the Court if ALPA is willing to delay the distribution so that a somewhat less accelerated schedule can be established. Likewise, should ALPA indicate that it intends to distribute the pension funds prior to March 12, Plaintiffs will promptly advise the Court of this fact and will ask the Court for an even earlier hearing date and a more expedited discovery and briefing schedule.

3

discovery to meet and test the Defendant's evidence and to establish ALPA's true rationale and its understanding of the consequences of the GAP 2 allocation methodology.

To allow adequate discovery concerning the material issues that the Court should consider in hearing Plaintiffs' Motion for Preliminary Injunction, Plaintiffs ask the Court to establish the following expedited discovery and briefing schedule:

> February 23 – Initial Disclosures, Interrogatories and Requests for Production Served
>
> February 28 – Responses to Interrogatories and Requests for Production Due
>
> March 1-6 (inclusive of weekend days) – Depositions Taken
>
> March 7 – Plaintiffs' Hearing Memorandum Submitted
>
> March 8 - Defendant's Hearing Memorandum Submitted
>
> March 9 – Preliminary Injunction Hearing

Accordingly, Plaintiffs respectfully request that the Court set their Motion for Preliminary Injunction for a hearing on March 9, set a discovery schedule to accommodate that hearing date as set forth above, and grant such further relief as the Court deems just and proper.

February 22, 2007

Respectfully submitted,

*/s/ Andrew H. Marks*

Andrew H. Marks (D.C. Bar No. 932269)
Aryeh S. Portnoy (D.C. Bar No. 464507)
William Flanagan (D.C. Bar No. 311035)
Daniel G. Kim (D.C. Bar No. 484342)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

                              Michael S. Olin (D.C. Bar No. 372067)
Tucker Ronzetti (D.C. Bar No. 73755)
KOZYAK, TROPIN &
THROCKMORTON, PA
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Phone: (305) 372-1800
Fax: (305) 372-3508

Attorneys for Plaintiffs

Of Counsel:  Jeffrey W. Pagano (D.C. Bar No. 965046)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Emergency Motion to Set Hearing Date for Preliminary Injunction and Expedited Discovery Schedule and Memorandum in Support was sent via overnight delivery this 22nd day of February 2006 to:

Jonathan A Cohen, Esq.
Air Line Pilots Association
1625 Massachusetts Avenue, NW
Washington, DC 20036

Captain John Prater
President, Air Line Pilots Association
1625 Massachusetts Avenue, NW
Washington, DC 20036

Clay Warner, Esq.
Jim Lobsenz, Esq.
Air Line Pilots Association
535 Herndon Parkway
P.O. Box 1169
Herndon, VA 20172

Babette Ceccotti, Esq.
Peter Herman, Esq.
Cohen Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

_____
Aryeh S. Portnoy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO<br>9767 S.W. 106 Terrace<br>Miami, FL 33176<br><br>RAFAEL RODRIGUEZ<br>7501 Cordoba Circle<br>Naples, FL 34109<br><br>ELLI MIZRAHI<br>14001 Mills Ave<br>Silver Spring, MD 20904<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>AIR LINE PILOTS ASSOCIATION,<br>INTERNATIONAL<br>1625 Massachusetts Ave, N.W.<br>Washington, DC 20036<br><br>　　　　　　Defendant. | Civil Action No. 07-CV-00384 |

## PROPOSED ORDER

Upon consideration of Plaintiffs' Emergency Motion to Set Hearing Date for Preliminary Injunction and Expedited Discovery Schedule and Memorandum in Support, and any response thereto, it is this ___ day of February, 2007, hereby

ORDERED that Plaintiffs' Emergency Motion is GRANTED; it is further

ORDERED, that an expedited discovery and briefing schedule shall be established as follows:

February 23 – Initial Disclosures, Interrogatories and Requests for Production Served

February 28 – Responses to Interrogatories and Requests for Production Due

March 1-6 (inclusive of weekend days) – Depositions Taken

March 7 – Plaintiffs' Hearing Memorandum Submitted

March 8 - Defendant's Hearing Memorandum Submitted; and it is further

ORDERED, the parties shall appear before the Court for a Preliminary Injunction Hearing on March 9, 2007 at ____.

_____
Paul L. Friedman
United States District Judge

cc:

Andrew H. Marks
Aryeh S. Portnoy
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004

Michael S. Olin
Tucker Ronzetti
KOZYAK, TROPIN & THROCKMORTON, PA
2525 Ponce de Leon, 9th Floor
Miami, FL 33134

Jonathan A Cohen, Esq.
Air Line Pilots Association
1625 Massachusetts Avenue, NW
Washington, DC 20036

Captain John Prater
President, Air Line Pilots Association
1625 Massachusetts Avenue, NW
Washington, DC 20036

Clay Warner, Esq.
Jim Lobsenz, Esq.
Air Line Pilots Association
535 Herndon Parkway
P.O. Box 1169
Herndon, VA 20172

Babette Ceccotti, Esq.
Peter Herman, Esq.
Cohen Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

# Exhibit A

Case 1:07-cv-00384-PLF   Document 6-2   Filed 02/22/2007   Page 1 of 4

**From:** MEC Communications [mailto:ualmec-fastread@ames.alpa.org]
**Sent:** Friday, February 16, 2007 4:33 PM
**To:** ualmec-fastread
**Subject:** United MEC Week In Review, Friday, February 16, 2007

***Does Week In Review appear jumbled in your email display? Click Here for an online version***



(Produced by the MEC Communications Committee)

*Friday, February 16, 2007*

# Join MEC Strike Preparedness Committee In "Fix It Now (FIN)" Campaign



A key component in the United MEC's "Fix It Now! (FIN)" campaign is pilot involvement. Each and every United pilot has a stake in the MEC's effort to regain what was lost during United's bankruptcy case. And each United pilot has the power to make that happen.

MEC Strike Preparedness Committee Chairman Captain Jim Anderson is asking for volunteers to help "take back" our profession. A large part of the SPC's effort is building a solid Family Awareness Network that will help United pilot families meet, talk and share concerns and information. Now is the time to reengage and to engage your family in the issues that are before us, and those that we will face down the line. Your efforts and time are vital to the success in "Fixing Our Contract."

To volunteer, click on one of the following email addresses:

Jim.Anderson@alpa.org

or

FamAware@alpa.org



*This is your profession. This is your union. Get involved.*

## What's New

**In an effort to better serve pilots** with Crew Desk-related issues, the System Schedule Committee (SSC) has established a Crew Desk Subcommittee. This subcommittee will expand on the work already being done at the SSC level, including the PLTCM process. It will be comprised of SSC members and an LSC representative from each domicile.

The Crew Desk Subcommittee has established an email address, crewdeskual@alpa.org, to be used by pilots who want to submit Crew Desk questions and concerns directly to ALPA. All emails will be reviewed and answered by a subcommittee member. The email system will help the SSC compile and track recurring problems with the Crew Desk in a more efficient manner. This is not intended to replace the PLTCM reporting process, but rather to complement it.

Pilots are still encouraged to submit a PLTCM any time a problem arises regarding the Crew Desk. PLTCM reports go directly to the Company, are answered by a Company manager, and are reviewed by ALPA. In contrast, the new email address, crewdeskual@alpa.org, is appropriate for submitting Crew Desk questions and concerns directly to ALPA.

✈✈✈

**The United MEC will hold** a special meeting on Wednesday, February 21 to continue discussions on issues related to the Fix It Now! campaign. The meeting will be held at the Hilton Garden Inn, 2930 S. River Road, Des Plaines, Ill.

Parts of the meeting may be held in closed session. Pilots in good standing are welcome to attend all open sessions.

✈✈✈

**The MEC R&I Committee reminds you** that the PDAP Top-Off and Reserve Pool Distribution program is nearing the final distribution date. Distributions are planned for the second week of March, and, based on PDAP capacity, we will deposit all assets of the Grantor Trust into the PDAP for all eligible pilots.

This distribution will dispose of the Grantor Trust that holds the remaining cash from the sale of our Convertible Note. United will distribute as much of your total remaining convertible note proceeds, both from the PDAP Top-Off and Reserve Pool accounts, into your PDAP account. The 2007 Top-Off deposits will be made after back-filling any remaining 2006 IRS Section 415 capacity.

The process will take place over a two day period. On the first day, pilots with IRS Section 415 capacity in their 2006 PDAP will be Topped-Off. The next day, the remaining funds will be deposited into the PDAP based on room available in Plan Year 2007. It is anticipated that almost all pilots will have room in their 2007 PDAP for the remaining proceeds of the note.

## MEC News



**Work on the United MEC *Fix It Now!* Rally DVD** is now complete, and copies should be arriving in mailboxes in the coming days. A "FIN" sticker will be included with each DVD.

A streaming video of the rally is posted on the MEC website at www.alpa.org/ual. The video is broken down by speaker. Click here to access the video.



**The Wilson Center for Public Research** this week is conducting a telephone poll of United pilots on behalf of the United MEC. The MEC periodically conducts these polls in order to measure the attitudes and pulse of the pilots concerning the state of our airline and our union.

We urge your cooperation and candor if you are contacted by the Wilson Center in the coming days. If you have any questions or comments about the poll, please contact the MEC Communications Committee at the MEC office at 1-800-922-ALPA.

Note: When the Wilson Center calls, one of the following three messages will appear on Caller ID:
- --Wilson Center For Public Research
- --Wilson CTR
- --Area Code 301 and 306 Prefix.

## Upcoming MEC Meetings

**--Council 11 (DCA):** 10 a.m., Tuesday, February 20, ALPA Office Building, 535 Herndon Parkway, Herndon, Va. (Guest Speaker: Phil Comstock, President, Wilson Center)

**--Council 34 (SFO):** 10 a.m., Tuesday, February 20, Westin Hotel (located just south of SFO Airport). Transportation available from the airport to the hotel via hotel transportation. Parking available for $5.

**--Council 12 (ORD):** Conference Call (call-in number to be provided by C 12 at a later date): 11 a.m., Tuesday, February 27.

------------------------------

If you wish to unsubscribe from this list, please go to https://crewroom.alpa.org/alpa/DesktopModules/ToPreferences.aspx to update your Standard Mailings and/or E-Mail Distribution Lists preferences. Note: you may be prompted to logon to access this page.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO )<br>9767 S.W. 106 Terrace )<br>Miami, FL 33176 )<br> )<br>RAFAEL RODRIGUEZ )<br>7501 Cordoba Circle )<br>Naples, FL 34109 )<br> )<br>ELLI MIZRAHI )<br>14001 Mills Ave )<br>Silver Spring, MD 20904 )<br> )<br>         Plaintiffs, )<br> )<br>v. )<br> )<br>AIR LINE PILOTS ASSOCIATION, )<br>INTERNATIONAL )<br>1625 Massachusetts Ave, N.W. )<br>Washington, DC 20036 )<br> )<br>         Defendant. )  | Civil Action No. 07-CV-00384 |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Emergency Motion to Set Hearing Date for Preliminary Injunction and Expedited Discovery Schedule and Memorandum in Support, and any response thereto, it is this ___ day of February, 2007, hereby

ORDERED that Plaintiffs' Emergency Motion is GRANTED; it is further

ORDERED, that an expedited discovery and briefing schedule shall be established as follows:

    February 23 – Initial Disclosures, Interrogatories and Requests for Production Served

    February 28 – Responses to Interrogatories and Requests for Production Due

    March 1-6 (inclusive of weekend days) – Depositions Taken

    March 7 – Plaintiffs' Hearing Memorandum Submitted

    March 8 - Defendant's Hearing Memorandum Submitted; and it is further

ORDERED, the parties shall appear before the Court for a Preliminary Injunction Hearing on March 9, 2007 at ____ .


                       _____
                        Paul L. Friedman
                        United States District Judge

cc:

Andrew H. Marks
Aryeh S. Portnoy
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004

Michael S. Olin
Tucker Ronzetti
KOZYAK, TROPIN & THROCKMORTON, PA
2525 Ponce de Leon, 9th Floor
Miami, FL 33134

Jonathan A Cohen, Esq.
Air Line Pilots Association
1625 Massachusetts Avenue, NW
Washington, DC 20036

Captain John Prater
President, Air Line Pilots Association
1625 Massachusetts Avenue, NW
Washington, DC 20036

Clay Warner, Esq.
Jim Lobsenz, Esq.
Air Line Pilots Association
535 Herndon Parkway
P.O. Box 1169
Herndon, VA 20172

Babette Ceccotti, Esq.
Peter Herman, Esq.
Cohen Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036