UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAYMOND GARAVITO, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-0384 (PLF) |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ) ) ) ) | |
| Defendant. | ) ) ) | |

ORDER

This matter is before the Court on defendant's oral motion to change venue pursuant to 18 U.S.C. § 1404(a), made in a telephone conference call on February 26, 2007. The complaint and a motion for preliminary injunction were filed by the plaintiffs on February 22, 2007. The parties have submitted to the Court citations to relevant case law on the motion to transfer venue to the Northern District of Illinois, and the Court heard oral argument on the motion by conference call on February 27, 2007. Defendant primarily argues that this case should be transferred because two related cases are pending in the United States District Court for the Northern District of Illinois.

Section 1404(a) of Title 28 of the United States Code states that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." In deciding this question, the Court is directed not only "to take account of factors that bear solely on the parties' private ordering of their affairs," but also to "weigh in the balance the convenience of the

witnesses and those public-interst factors of systemic integrity and fairness that, in addition to private concerns, come under the heading of 'the interest of justice.'" Stewart Organization, Inc. v. Ricoh Corp., 487 U.S. 22, 30 (1988).  While the defendant has presented several compelling arguments in favor of transferring this case in the interest of justice because of the pending related cases in the Northern District Illinois, on the limited record before it and due to the expedited nature of the proceedings, the Court cannot assess properly all the required factors, particularly those related to the convenience of parties and witnesses.  The motion therefore will be denied without prejudice at this time.  The Court will permit the defendant at any time to file in writing another motion to transfer venue pursuant to 28 U.S.C. § 1404(a) with appropriate supporting documentation, and according to the Rules of this Court.

   Accordingly, it is hereby

   ORDERED that defendant's oral motion to transfer this action to the United States District Court for the Northern District of Illinois is DENIED without prejudice; and it is

   FURTHER ORDERED that defendant may raise this motion again at any time during the pendency of this case in a formal filing with the Court and with appropriate supporting documentation.

               /s/
              PAUL L. FRIEDMAN
              United States District Judge

DATE:  February 28, 2007