# United States District Court
# For the District of Columbia

Raymond Garavito et al.

        Plaintiff(s)

vs.

Air Line Pilots Association, International

        Defendant(s)

**APPEARANCE**

CASE NUMBER   07-0384 (PLF)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Andrew A. Nicely   as counsel in this
        (Attorney's Name)

case for:   Defendant Air Line Pilots Association, International
        (Name of party or parties)

February 28, 2007
Date

*(signature: Andrew Nicely / aap)*
Signature

458805
BAR IDENTIFICATION

Andrew A. Nicely
Print Name

1909 K Street, N.W.
Address

Washington, DC  20006
City      State      Zip Code

202-263-3000
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2007, I caused the foregoing Appearance to be served on the following counsel by first-class mail, postage prepaid:

>Andrew H. Marks
>Aryeh S. Portnoy
>Crowell & Moring, LLP
>1001 Pennsylvania Avenue, NW
>Washington, DC 20004
>
>Michael S. Olin
>Tucker Ronzetti
>Kozyak, Tropin & Throckmorton, PA
>2525 Ponce de Leon, 9th Floor
>Miami, FL 33134
>
>Jeffrey W. Pagano
>Crowell & Morning, LLP
>153 East 53rd Street, 31st Floor
>New York, NY 10022
>
>*Counsel for Plaintiffs*

/s/ Archis A. Parasharami

Archis A. Parasharami