# United States District Court
# For the District of Columbia

Raymond Garavito et al.
)
        Plaintiff(s)   )   **APPEARANCE**
)
)
        vs.   )   CASE NUMBER   07-0384 (PLF)
Air Line Pilots Association, International   )
)
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Archis A. Parasharami   as counsel in this
        (Attorney's Name)

case for:   Defendant Air Line Pilots Association, International
        (Name of party or parties)

February 28, 2007
Date   Signature

    Archis A. Parasharami
    Print Name

477493
BAR IDENTIFICATION

1909 K Street, N.W.
Address

Washington, DC   20006
City   State   Zip Code

202-263-3000
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2007, I caused the foregoing Appearance to be served on the following counsel by first-class mail, postage prepaid:

>Andrew H. Marks
>Aryeh S. Portnoy
>Crowell & Moring, LLP
>1001 Pennsylvania Avenue, NW
>Washington, DC 20004
>
>Michael S. Olin
>Tucker Ronzetti
>Kozyak, Tropin & Throckmorton, PA
>2525 Ponce de Leon, 9th Floor
>Miami, FL 33134
>
>Jeffrey W. Pagano
>Crowell & Morning, LLP
>153 East 53rd Street, 31st Floor
>New York, NY 10022

*Counsel for Plaintiffs*

/s/ Archis A. Parasharami

Archis A. Parasharami