UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO, RAFAEL RODRIGUEZ, AND ELLI MIZRAHI, <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL <br> 1625 Massachusetts Ave, N.W. <br> Washington, DC 20036 <br><br> Defendant. | Civil Action No. 07-CV-00384 |

**NOTICE OF APPEARANCE**

Please notice the appearance of Andrew H. Marks as additional counsel for Plaintiffs in the above-captioned matter.

March 1, 2007

Respectfully submitted,

_____/s/_____
Andrew H. Marks (D.C. Bar No. 932269)
Aryeh S. Portnoy (D.C. Bar No. 464507)
William Flanagan (D.C. Bar No. 311035)
Daniel G. Kim (D.C. Bar No. 484342)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

                                        Michael S. Olin (D.C. Bar No. 372067)
                                        Tucker Ronzetti (D.C. Bar No. 490820)
                                        KOZYAK, TROPIN &
                                        THROCKMORTON, PA
                                        2525 Ponce de Leon, 9th Floor
                                        Miami, FL 33134
                                        Phone: (305) 372-1800
                                        Fax: (305) 372-3508

                                        Attorneys for Plaintiffs

Of Counsel:   Jeffrey W. Pagano (D.C. Bar No. 965046)
                     CROWELL & MORING LLP
                     153 East 53rd Street, 31st Floor
                     New York, NY 10022
                     Phone: (212) 223-4000
                     Fax: (212) 223-4134

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was sent first class mail, postage-prepaid this 1st day of March 2007 to:

Clay Warner, Esq.
Air Line Pilots Association
535 Herndon Parkway
P.O. Box 1169
Herndon, VA 20172

Peter Herman, Esq.
Cohen Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

_____/s/_____
Aryeh S. Portnoy