IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO, RAFAEL RODRIGUEZ, AND ELLI MIZRAHI,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL  )<br><br>Defendant.  ) | 07-0384 (PLF)<br><br>Judge Friedman |

**DEFENDANT'S MOTION FOR ADMISSION OF
ANDREW S. ROSENMAN *PRO HAC VICE***

Pursuant to LCvR 83.2(d), Defendant Air Line Pilots Association, International ("ALPA"), through its undersigned counsel, hereby moves for leave to admit Andrew S. Rosenman *pro hac vice* on behalf of ALPA. In support of this motion, Defendant states as follows:

1.    ALPA is represented in this matter by the law firm of Mayer, Brown, Rowe & Maw LLP, ALPA's Legal Department and Cohen, Weiss and Simon LLP.

2.    Mr. Rosenman is a partner in the Chicago office of Mayer, Brown, Rowe & Maw LLP. He does not maintain a regular practice in the District of Columbia.

3.    ALPA respectfully requests that this Court permit Mr. Rosenman to represent it in this action. He is counsel of record for ALPA in two related cases now pending in the United States District Court for the Northern District of Illinois. Those cases are: *Mansfield et al. v. Air Line Pilots Association, International* (Docket No. 06 CV 6869) and *Hudson et al. v. Air Line Pilots Association, International et al.* (Docket No. 07 CV 590). Accordingly, Mr. Rosenman is fully informed about the facts and issues involved in this and the related matters in the Northern District of Illinois.

1

4. The undersigned, who are members of the Bar of this Court, will continue as attorneys of record in this case.

5. As required by LCvR 83.2(d), Mr. Rosenman has prepared a declaration that is attached hereto.

WHEREFORE, ALPA, through the undersigned attorneys, respectfully requests that this Court permit Mr. Rosenman to appear *pro hac vice* on behalf of ALPA.

March 1, 2007                      Respectfully submitted,

                                   AIR LINE PILOTS ASSOCIATION, INTERNATIONAL


                                   By: /s/ Archis A. Parasharami
                                        One of Its Attorneys

                                   Andrew A. Nicely (D.C. Bar No. 458805)
                                   Archis A. Parasharami (D.C. Bar No. 477493)
                                   Mayer, Brown, Rowe & Maw LLP
                                   1909 K Street, N.W.
                                   Washington, DC  20006
                                   Phone:  (202) 263-3000
                                   Fax:  (202) 263-3300


                                   Clay Warner (D.C. Bar No. 398346)
                                   David Semanchik (D.C. Bar No. 502837)
                                   AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
                                   LEGAL DEPARTMENT
                                   1625 Massachusetts Avenue, N.W.
                                   Washington, DC  20036
                                   Phone:  (202) 797-4095
                                   Fax:  (202) 797-4014

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that copies of Defendant's Motion for Admission of Andrew S. Rosenman *Pro Hac Vice*, and this Certificate of Service were served upon:

> Aryeh S. Portnoy
> Crowell & Moring, LLP
> 1001 Pennsylvania Avenue, NW
> Washington, DC 20004

via the court's electronic case filing system on March 1, 2007 and

> Michael S. Olin
> Tucker Ronzetti
> Kozyak, Tropin & Throckmorton, PA
> 2525 Ponce de Leon, 9th Floor
> Miami, FL 33134
>
> Jeffrey W. Pagano
> Crowell & Morning, LLP
> 153 East 53rd Street, 31st Floor
> New York, NY 10022

by overnight delivery on March 1, 2007.

                                                  /s/ Archis A. Parasharami
                                                Archis A. Parasharami

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO, RAFAEL RODRIGUEZ, AND ELLI MIZRAHI ) ) ) | |
| Plaintiffs, ) ) | 07-0384 (PLF) |
| v. ) ) | |
| ) | Judge Friedman |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL ) ) | |
| Defendant. ) ) | |

### DECLARATION OF ANDREW S. ROSENMAN

I, ANDREW S. ROSENMAN, being competent to testify as a witness, hereby declare under penalty of perjury as follows:

1. My full name is Andrew Scott Rosenman.

2. I submit this Declaration in support of my application for admission *pro hac vice* to represent Defendant Air Line Pilots Association, International ("ALPA") in this action brought by Plaintiffs Raymond Garavito, Rafael Rodriguez and Elli Mizrahi. I have personal knowledge of the facts set forth below.

3. I am a partner with the law firm Mayer, Brown, Rowe & Maw LLP. My office is located at 71 South Wacker Drive, Chicago, Illinois 60606, and my office telephone number is (312) 701-8744.

4. I was admitted to practice by the Supreme Court of Illinois in 1995 and the Supreme Court of Michigan in 1996. I am a member in good standing of the Illinois and Michigan Bars and the bars of the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States Court of Appeals for the Seventh Circuit, and the United States Court of Appeals for the Sixth Circuit. I am also a member of the trial bar of the United States District Court for the Northern District of Illinois. I have never been suspended, disbarred, or otherwise disciplined by any bar or court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law primarily from an office located in the District of Columbia.

7. I respectfully seek the Court's permission to represent ALPA in this lawsuit, in part because our firm is counsel of record for ALPA in two related cases now pending in the U.S.

1

District Court for the Northern District of Illinois. Those cases are: *Mansfield et al. v. Air Line Pilots Association, International* (Docket No. 06 CV 6869) and *Hudson et al. v. Air Line Pilots Association, International et al.* (Docket No. 07 CV 590).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2007.

_____
Andrew S. Rosenman