**I**N THE **U**NITED **S**TATES **D**ISTRICT **C**OURT
**F**OR THE **D**ISTRICT OF **C**OLUMBIA

| | |
|---|---|
| **R**AYMOND **G**ARAVITO, **R**AFAEL **R**ODRIGUEZ, **AND** **E**LLI **M**IZRAHI )<br><br>)<br>    *Plaintiffs*,    )<br>)<br>    v.    )<br>)<br>**A**IR **L**INE **P**ILOTS **A**SSOCIATION, **I**NTERNATIONAL )<br>)<br>    *Defendant*.    )<br>_____) | 07-0384 (PLF)<br><br>Judge Friedman |

**DEFENDANT'S MOTION FOR ADMISSION OF**
**DEBRA BOGO-ERNST *PRO HAC VICE***

Pursuant to LCvR 83.2(d), Defendant Air Line Pilots Association, International ("ALPA"), through its undersigned counsel, hereby moves for leave to admit Debra Bogo-Ernst *pro hac vice* on behalf of ALPA. In support of this motion, Defendant states as follows:

1. ALPA is represented in this matter by the law firm of Mayer, Brown, Rowe & Maw LLP, ALPA's Legal Department and Cohen, Weiss and Simon LLP.

2. Ms. Bogo-Ernst is an associate in the Chicago office of Mayer, Brown, Rowe & Maw LLP. She does not maintain a regular practice in the District of Columbia.

3. ALPA respectfully requests that this Court permit Ms. Bogo-Ernst to represent it in this action. She is counsel of record for ALPA in two related cases now pending in the United States District Court for the Northern District of Illinois. Those cases are: *Mansfield et al. v. Air Line Pilots Association, International* (Docket No. 06 CV 6869) and *Hudson et al. v. Air Line Pilots Association, International et al.* (Docket No. 07 CV 590). Accordingly, Ms. Bogo-Ernst is fully informed about the facts and issues involved in this and the related matters in the Northern District of Illinois.

4. The undersigned, who are members of the Bar of this Court, will continue as attorneys of record in this case.

5. As required by LCvR 83.2(d), Ms. Bogo-Ernst has prepared a declaration that is attached hereto.

WHEREFORE, ALPA, through the undersigned attorneys, respectfully requests that this Court permit Ms. Bogo-Ernst to appear *pro hac vice* on behalf of ALPA.

March 1, 2007                                  Respectfully submitted,

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL


By: /s/ Archis A. Parasharami
        One of Its Attorneys

Andrew A. Nicely (D.C. Bar No. 458805)
Archis A. Parasharami (D.C. Bar No. 477493)
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC  20006
Phone:  (202) 263-3000
Fax:  (202) 263-3300


Clay Warner (D.C. Bar No. 398346)
David Semanchik (D.C. Bar No. 502837)
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
LEGAL DEPARTMENT
1625 Massachusetts Avenue, N.W.
Washington, DC  20036
Phone:  (202) 797-4095
Fax:  (202) 797-4014

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that copies of Defendant's Motion for Admission of Debra Bogo-Ernst *Pro Hac Vice*, and this Certificate of Service were served upon:

>Aryeh S. Portnoy
>Crowell & Moring, LLP
>1001 Pennsylvania Avenue, NW
>Washington, DC 20004

via the court's electronic case filing system on March 1, 2007 and

>Michael S. Olin
>Tucker Ronzetti
>Kozyak, Tropin & Throckmorton, PA
>2525 Ponce de Leon, 9th Floor
>Miami, FL 33134

>Jeffrey W. Pagano
>Crowell & Morning, LLP
>153 East 53rd Street, 31st Floor
>New York, NY 10022

by overnight delivery on March 1, 2007.

>/s/ Archis A. Parasharami
>Archis A. Parasharami

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO, RAFAEL RODRIGUEZ, AND ELLI MIZRAHI <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL <br><br> Defendant. | 07-0384 (PLF) <br><br> Judge Friedman |

### DECLARATION OF DEBRA BOGO-ERNST

I, DEBRA BOGO-ERNST, being competent to testify as a witness, hereby declare under penalty of perjury as follows:

1. My full name is Debra Lee Bogo-Ernst.

2. I submit this Declaration in support of my application for admission *pro hac vice* to represent Defendant Air Line Pilots Association, International ("ALPA") in this action brought by Plaintiffs Raymond Garavito, Rafael Rodriguez and Elli Mizrahi. I have personal knowledge of the facts set forth below.

3. I am an associate with the law firm Mayer, Brown, Rowe & Maw LLP. My office is located at 71 South Wacker Drive, Chicago, Illinois 60606, and my office telephone number is (312) 701-7403.

4. I was admitted to practice by the Supreme Court of Illinois in 2000. I am a member in good standing of the Illinois Bar and the bar of the United States District Court for the Northern District of Illinois. I am also a member of the trial bar of the United States District Court for the Northern District of Illinois. I have never been suspended, disbarred, or otherwise disciplined by any bar or court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law primarily from an office located in the District of Columbia.

7. I respectfully seek the Court's permission to represent ALPA in this lawsuit, in part because our firm is counsel of record for ALPA in two related cases now pending in the U.S. District Court for the Northern District of Illinois. Those cases are: *Mansfield et al. v. Air Line Pilots Association, International* (Docket No. 06 CV 6869) and *Hudson et al. v. Air Line Pilots Association, International et al.* (Docket No. 07 CV 590).

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2007.

_____
Debra Bogo-Ernst