UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO, RAFAEL RODRIGUEZ, AND ELLI MIZRAHI, )<br><br>Plaintiffs, )<br><br>v. )<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, )<br><br>Defendants. ) | Case No. 1:07-cv-00384 (PLF) |

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Alexander T.H. Nguyen hereby gives notice of his entry of appearance on behalf of proposed Intervenor United Air Lines, Inc. ("United") in the above-captioned matter.

Dated: March 2, 2007                    Respectfully submitted,

/s/ Alexander T.H. Nguyen
Alexander T.H. Nguyen (D.C. Bar No. 499678)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
Attorney for United Air Lines, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing ENTRY OF APPEARANCE (LCvR 83.6(a)) was filed on March 2, 2007, and was served electronically, by facsimile, and by overnight mail upon:

Andrew H. Marks (D.C. Bar No. 932269)
Aryeh S. Portnoy (D.C. Bar No. 464507)
William Flanagan (D.C. Bar No. 311035)
Daniel G. Kim (D.C. Bar No. 484342)
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
*Attorney for Plaintiffs*

Michael S. Olin
Tucker Ronzetti (D.C. Bar No. 73755)
KOZYAK, TROPIN &
THROCKMORTON, PA
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Phone: (305) 372-1800
Fax: (305) 372-3508
*Attorney for Plaintiffs*

Clay Warner (D.C. Bar No. 398346)
David Semanchik (D.C. Bar No. pending)
AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL-LEGAL DEPT.
1625 Massachusetts Avenue, N.W.
Washington, DC 20036
Phone: (202) 797-4095
Fax: (202) 797-4014
*Attorney for Defendant*

Peter Herman (*pro hac vice* application forthcoming)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY 10036
Phone: (212) 356-0209
*Of Counsel for Defendant*

Andrew A. Nicely (D.C. Bar No. 458805)
Archis A. Parasharami (D.C. Bar No. 477493)
MAYER, BROWN, ROSE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 263-3000
Fax: (202) 263-3300

Jeffrey W. Pagano (D.C. Bar No. 965046)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
*Of Counsel for Plaintiffs*

Andrew S. Marovitz (*pro hac vice* application forthcoming)
Andrew S. Rosenman (*pro hac vice* application forthcoming)
Debra Bogo-Ernst (*pro hac vice* application forthcoming)
MAYER, BROWN, ROSE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
*Of Counsel for Defendant*

/s/ Alexander T.H. Nguyen