UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
RAYMOND GARAVITO, et al.,          )
                                                    )
                    Plaintiffs,                )
                                                    )
          v.                                        )          Civil Action No. 07-0384 (PLF)
                                                    )
AIR LINE PILOTS ASSOCIATION,        )
INTERNATIONAL, et al.,                   )
                                                    )
                    Defendant.               )
_____)

ORDER

          The parties came before the Court on March 5, 2007 for a hearing on plaintiffs'

motion for preliminary injuction.  Upon consideration of plaintiffs' motion for preliminary

injuction, defendant Air Line Pilots Association International's opposition, defendant-intervenor

United Airline's opposition, plaintiffs' reply, the parties' oral arguments and the entire record in

this case, and for the reasons stated on the record in open court, it is hereby

          ORDERED that plaintiffs' motion for preliminary injunction [2] is DENIED.

          SO ORDERED.


                                              _____/s/_____
                                              PAUL L. FRIEDMAN
                                              United States District Judge


DATE:  March 5, 2007