# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO, RAFAEL RODRIGUEZ, AND ELLI MIZRAHI, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:07-cv-00384 (PLF) ) |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ) ) ) |
| Defendants. | ) . ) ) |

## MOTION OF PROPOSED INTERVENOR FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, proposed Intervenor United Air Lines, Inc. ("United") moves for the admission of Peter Stasiewicz of the law firm Kirkland & Ellis LLP, located at 200 East Randolph Drive, Chicago, IL 60601, to represent proposed Intervenor in this action. Mr. Stasiewicz is a member in good standing of the following bar: Supreme Court of the State of Illinois. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Stasiewicz should this Motion be granted.

Dated: March 2, 2007                         Respectfully submitted,


                                              */s/ Alexander T.H. Nguyen*
                                              Alexander T.H. Nguyen (D.C. Bar No. 499678)
                                              KIRKLAND & ELLIS LLP
                                              655 Fifteenth Street, N.W.
                                              Washington, DC 20005
                                              Telephone:    (202) 879-5000
                                              Facsimile:    (202) 879-5200

                                              Counsel for United Air Lines, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION OF

PROPOSED INTERVENOR FOR ADMISSION *PRO HAC VICE* was filed on March 2, 2007,

and will be served electronically and by overnight mail upon:

Andrew H. Marks (D.C. Bar No. 932269)
Aryeh S. Portnoy (D.C. Bar No. 464507)
William Flanagan (D.C. Bar No. 311035)
Daniel G. Kim (D.C. Bar No. 484342)
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
*Attorney for Plaintiffs*

Michael S. Olin
Tucker Ronzetti (D.C. Bar No. 73755)
KOZYAK, TROPIN &
THROCKMORTON, PA
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Phone: (305) 372-1800
Fax: (305) 372-3508
*Attorney for Plaintiffs*

Clay Warner (D.C. Bar No. 398346)
David Semanchik (D.C. Bar No. pending)
AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL-LEGAL DEPT.
1625 Massachusetts Avenue, N.W.
Washington, DC 20036
Phone: (202) 797-4095
Fax: (202) 797-4014
*Attorney for Defendant*

Peter Herman (*pro hac vice* application
forthcoming)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY 10036
Phone: (212) 356-0209
*Of Counsel for Defendant*

Andrew A. Nicely (D.C. Bar No. 458805)
Archis A. Parasharami (D.C. Bar No. 477493)
MAYER, BROWN, ROSE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 263-3000
Fax: (202) 263-3300

Jeffrey W. Pagano (D.C. Bar No.
965046)
CROWELL & MORING LLP
153 East 53rd Street, 31st Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
*Of Counsel for Plaintiffs*

Andrew S. Marovitz (*pro hac vice* application
forthcoming)
Andrew S. Rosenman (*pro hac vice* application
forthcoming)
Debra Bogo-Ernst (*pro hac vice* application
forthcoming)
MAYER, BROWN, ROSE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
*Of Counsel for Defendant*

/s/ Alexander T.H. Nguyen

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAYMOND GARAVITO, RAFAEL RODRIGUEZ, AND ELLI MIZRAHI, <br><br> Plaintiffs, <br><br> v. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:07-cv-00384 (PLF) <br> ) <br> ) <br> ) <br> )  . <br> ) <br> ) |

**DECLARATION OF PETER STASIEWICZ**

I, Peter Stasiewicz, declare under penalty of perjury that the following is true and correct:

1.     I am an associate in the Chicago office of the law firm of Kirkland & Ellis LLP. My firm has been retained to represent proposed Intervenor United Air Lines, Inc. ("United") in the above-referenced matter.

2.     I am admitted to practice in, and am a member in good standing of the following bar:  Supreme Court of the State of Illinois.

3.     I have not been disciplined by any bar.

4.     I have never been admitted *pro hac vice* in this Court.

5.     I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

6.     I will act as co-counsel for United with Alexander T.H. Nguyen, D.C. Bar No. 499678, an attorney in the Washington office of Kirkland & Ellis LLP, who is a member in good standing of the bar of this Court.

Date:  March 2, 2007                              Respectfully submitted,


                                        _/s/ Peter Stasiewicz_____
                                        Peter Stasiewicz

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

RAYMOND GARAVITO, RAFAEL
RODRIGUEZ, AND ELLI MIZRAHI,         )
              Plaintiffs,

         v.                                      Case No. 1:07-cv-00384 (PLF)

AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL,

              Defendants.

---

## ORDER REGARDING ATTORNEY ADMISSION

The motion of proposed Intervenor United Air Lines, Inc., for the admission *pro hac vice*

of Peter Stasiewicz is, this _____ day of _____, 2007, hereby granted.

_____

Hon. Paul L. Friedman
United States District Judge