UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND GARAVITO, RAFAEL RODRIGUEZ, AND ELLI MIZRAHI,<br><br>        Plaintiffs,<br><br>        v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL<br>1625 Massachusetts Ave, N.W.<br>Washington, DC 20036<br><br>        Defendant. | Civil Action No. 07-CV-00384 |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Raymond Garavito, Rafael Rodriguez, and Elli Mizrahi, hereby dismiss voluntarily all claims asserted against Defendant Air Line Pilots Association, International in the above-captioned matter.

March 13, 2007

Respectfully submitted,

      /s/
Andrew H. Marks (D.C. Bar No. 932269)
Aryeh S. Portnoy (D.C. Bar No. 464507)
William Flanagan (D.C. Bar No. 311035)
Daniel G. Kim (D.C. Bar No. 484342)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116

                                            Michael S. Olin (D.C. Bar No. 372067)
                                            Tucker Ronzetti (D.C. Bar No. 490820)
                                            KOZYAK, TROPIN &
                                            THROCKMORTON, PA
                                            2525 Ponce de Leon, 9th Floor
                                            Miami, FL 33134
                                            Phone: (305) 372-1800
                                            Fax: (305) 372-3508

                                            Attorneys for Plaintiffs


Of Counsel:   Jeffrey W. Pagano (D.C. Bar No. 965046)
                       CROWELL & MORING LLP
                       153 East 53rd Street, 31st Floor
                       New York, NY 10022
                       Phone: (212) 223-4000
                       Fax: (212) 223-4134

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was sent via first-class mail postage prepaid and ECF filing this 13th day of March 2007 to:

**ATTORNEYS FOR DEFENDANT**

Jonathan A Cohen, Esq.
Air Line Pilots Association
1625 Massachusetts Avenue, NW
Washington, DC  20036

Clay Warner, Esq.
Air Line Pilots Association
535 Herndon Parkway
P.O. Box 1169
Herndon, VA  20172

Peter Herman, Esq.
Cohen Weiss and Simon LLP
330 West 42nd Street
New York, NY  10036

Andrew A. Nicely
Archis A. Parasharami
Mayer, Brown, Rowe & Maw LLP
1909 K Street, NW
Washington, DC  20006

Andrew S. Marovitz
Andrew S. Rosenman
Debra Bogo-Ernst
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606

**ATTORNEYS FOR INTERVENOR**

Alexander T.H. Nguyen
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC  20005

John F. Hagan, Jr.
Peter Stasiewicz
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

_____/s/_____
Aryeh S. Portnoy